IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| RANDEL GIBSON on Behalf of Himself § <br> And on Behalf of All Others § <br> Similarly Situated, § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> KESTREL FIELD SERVICES, INC., § <br>     Defendant. § | CIVIL ACTION NO. 3:18-cv-00157 <br> JURY DEMANDED |

## **ORDER OF DISMISSAL WITH PREJUDICE**

The Parties' *Joint Motion to Dismiss with Prejudice* is granted.

It is therefore ORDERED that this case is dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs of court are to be borne by the party incurring the same.

SIGNED this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE