United States District Court
Southern District of Texas
**ENTERED**
January 10, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RANDEL GIBSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-157 |
| | § | |
| KESTREL FIELD SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The parties have filed a stipulation of dismissal with prejudice (Dkt. 10). *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Pursuant to that stipulation, this case is **DISMISSED WITH PREJUDICE**. Each party will bear its own fees and costs. **THIS IS A FINAL JUDGMENT**.

SIGNED at Galveston, Texas, this 8th day of January, 2019.

_____
George C. Hanks Jr.
United States District Judge